■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LEONARD THREADGILL, Appellant.— Judgment of the County Court, Nassau County, rendered May 14, 1965, convicting defendant of burglary and attempted rape, both in the first degree, and assault in the second degree, upon a jury verdict, reversed, on the law, and new trial ordered. No questions of fact have been considered. In our opinion, the court below should have instructed the jury as to the corroboration required by law in the event it should find that an actual rape had been committed. Assuming the jury did conclude that there was a consummated rape — and the complainant's story was equally susceptible of such an interpretation — it might have found a lack of the necessary corroboration to sustain a guilty verdict (*People* v. *English,* 16 N Y 2d 719). Christ, Acting P. J., Brennan, Hopkins, Benjamin and Munder, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. JAMES MAHER, Appellant, v. EDWARD M. FAY, as Warden of Green Haven Prison, Respondent. — Judgment of the Supreme Court, Dutchess County, dated November 24, 1964, affirmed, without costs. In this habeas corpus proceeding, relator claims that a plea of guilty taken from him in 1952 was illegal because he was ignorant of the nature of the crime to which he was pleading, that no valid judgment could be based upon said plea and that the judgment entered thereon could not be used as the predicate for a subsequent conviction as a second felony offender. However, it appears that two *coram nobis* motions, based upon substantially the same grounds, were previously made by relator; that those motions were denied; and that the order denying the first of said motions, made after a hearing, was affirmed by this court (*People* v. *Maher,* 19 A D 2d 699, application for lv. to app. to Court of Appeals den. by FULD, J. July 10, 1963). No new or different facts are alleged in the present proceeding; and under the circumstances we find no error in the dismissal of the writ (cf. *People* v. *Sullivan,* 4 N Y 2d 472, 474–475; *People* v. *Bagley,* 20 A D 2d 709). Ughetta, Acting P. J., Christ, Brennan, Rabin and Hopkins, JJ., concur.